**Fricker & Mellen & Associates**
**Timothy J. Fricker, Esq. 183309**
**James G. Mellen, Esq. 122035**
**Tribune Tower**
**409 13th Street, 17th Floor**
**Oakland, CA 94612**
**Tel: (510) 663-8484**
**Fax: (510) 663-0639**

Attorneys for Plaintiff
Scott Gray

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GRAY, | Case No.: CV-09-3810 MEJ |
| Plaintiff, | |
| v. | **PLAINTIFF'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| COMCAST'S LONG TERM DISABILITY INSURANCE PLAN, | |
| Defendant. | |

　　PLAINTIFF SCOTT GRAY, by and through his attorney of record, Timothy J. Fricker, Esq., hereby respectfully requests that the Initial Case Management Conference set for Thursday December 3, 2009 at 10:00 am be continued approximately 90 days.  The reason for this request is that the Defendant's were served on November 30, 2009, and have not yet appeared.  (Please see Declaration of Timothy J. Fricker attached hereto.)

Date: December 1, 2009

　　　　　　　　　　　　　　　　　　　　　　　**Fricker & Mellen & Associates**

　　　　　　　　　　　　　　　　　　　　　　　By_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　Timothy J. Fricker, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff, Scott Gray

GOOD CAUSE APPEARING:

The initial Case Management Conference is continued to ___March 25___, 2010 at 10:00 a.m.

IT IS SO ORDERED.

DATED: ___December 1, 2009___                           _____
                                                                                        The Honorable Maria Elena James
                                                                                        United States District Judge