# UNITED STATES DISTRICT COURT

## Northern District of California

SCOTT GRAY,

              Plaintiff(s),

   v.

COMCAST'S LONG TERM DISABILITY INSURANCE PLAN,

              Defendant(s).
_____/

No. C 09-03810 MEJ

**AMENDED CASE MANAGEMENT ORDER**

Pursuant to Federal Rule of Civil Procedure 16, the Court hereby VACATES the March 25, 2010 Case Management Conference and ORDERS as follows:

A. <u>ADR Program</u>:

The parties are referred to court-sponsored mediation.

B. <u>Court Trial</u>:

The Court shall conduct a court trial in this matter. The hearing date on the parties' cross-motions for summary judgment shall serve as the trial in this matter.

C. <u>Pretrial Motions</u>:

All pretrial motions shall be filed in accordance with Civil Local Rule 7. A motion may be noticed pursuant to Civil Local Rule 7-2 without calling the Court. Civil law and motion is heard on Thursday mornings at 10:00 a.m.

D. <u>Discovery</u>:

The parties shall abide by Magistrate Judge James' Standing Order Regarding Discovery and

Dispute Procedures.

E. <u>Close of Discovery</u>:

1. All discovery must be completed by 9/7/2010.

2. Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 26-2, a discovery request or stipulation that calls for responses or depositions after the discovery cut-off date is not enforceable except by order of the Court and upon a showing of good cause.

3. Pursuant to Civil Local Rule 26-2, no motions to compel discovery (including joint letters and requests for telephonic conferences under Magistrate Judge James' discovery standing order) may be filed later than 10 days after the discovery cut-off date.

F. <u>Dispositive Motions</u>:

1. Pursuant to Civil Local Rule 7-2, all dispositive motions shall be filed, served, and noticed by 10/14/2010.

2. The Court shall hear dispositive motions on 11/18/2010 at 10:00 a.m. in Courtroom B, 15th Floor of the Federal Building, located at 450 Golden Gate Avenue, San Francisco, California.

G. <u>Proposed Findings of Fact and Conclusions of Law</u>:

(A) Counsel shall file **joint** proposed findings of facts and conclusions of law by 11/4/2010. Counsel shall deliver to the Courtroom Deputy a copy of their statements on portable storage medium in WordPerfect format. The label shall include the name of the parties, the case number and be entitled "Joint Proposed Findings of Facts and Conclusions of Law."

(B) Counsel shall file their disputed findings of fact and conclusions of law by 11/4/2010. Counsel shall deliver to the Courtroom Deputy a copy of their statements on portable storage medium in WordPerfect format. The label shall include the name of the

parties, the case number and be entitled "Disputed Proposed Findings of Facts and Conclusions of Law."

H.  Sanctions:

Failure to comply with this Order is cause for sanctions under Federal Rule of Civil Procedure 16(f).

I.  Questions:

All questions regarding these instructions should be directed to Brenda Tolbert, Courtroom Deputy Clerk to Judge James, at (415) 522-4708.

**IT IS SO ORDERED.**

Dated: March 19, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge