UNITED STATES DISTRICT COURT

Northern District of California

SCOTT GRAY

                Plaintiff(s),

  v.

COMCASTS LONG TERM DISABILITY

                Defendant(s).
                                                  /

No. C 09-03810 MEJ

**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

      On October 14, 2010, Defendant electronically filed a motion for summary judgment and supporting documentation.  However, Defendant has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6.  Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.  **ALL CHAMBERS COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST INCLUDE ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM.**

      IT IS SO ORDERED.

Dated: October 20, 2010

                                                            _____
                                                            Maria-Elena James
                                                            Chief United States Magistrate Judge